# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
           v.                    :          No. 1:18-cr-020-ERIE
                                  :
                                  :
JEFFREY SCOTT BEIMEL              :


### POSITION OF DEFENDANT WITH RESPECT
### TO PRESENTENCE INVESTIGATION REPORT

AND NOW, comes the Defendant, Jeffrey Scott Beimel, by and through his attorney, Stephen M. Misko, Esquire, and respectfully files Defendant's Position with Respect to Presentence Investigation Report, in accordance with Rule 32(f) of the Federal Rules of Criminal Procedure, and the United States Sentencing Guideline Manual § 6A1.2.

After a review of the Presentence Investigation Report and applicable sentencing guidelines with the Defendant, Jeffrey Scott Beimel, the defense has no objections, modifications or additions to the report submitted herein.

                                     Respectfully submitted,

                                     s/ *Stephen M. Misko*
                                     Stephen M. Misko, Esq.
                                     PA I.D. No. 59999
                                     106 S. Main Street
                                     Suite 801
                                     Butler, PA  16001
                                     (724) 284-9400
                                     Attorney for Defendant